HATZEL, Respondent, v. MORSE, Appellant, et al. (Supreme Court, Appellate Divi-

sion, First Department. April 9, 1903.) Action by Richard J. Hatzel against Albert H. Morse, impleaded. P. B. Adams, for appellant. H. F. Lippold, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and answer, on payment of costs in this court and in the court below.